UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br>Petitioner,<br>v.<br>STATE OF CA COURTS, et al.,<br>Respondents. | Case No. 19-01992 BLF (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

On April 12, 2019, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, along with an application for leave to proceed *In Forma Pauperis* ("IFP"). (Docket Nos. 1, 2.) On the same day, the Clerk sent Petitioner a notice informing him that the IFP application was insufficient because he failed to attach the following supporting documents: (1) a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison; and (2) a copy of his prisoner trust account statements showing transactions for the last six months. (Docket No. 3.) Plaintiff was directed to respond within twenty-eight days or else the case would be dismissed. (*Id.*)

On April 22, 2019, Petitioner filed an IFP application which is again insufficient because it does not include a Certificate of Funds in Prisoner's Account completed and

signed by an authorized officer at the prison. (Docket No. 4.)

In the interest of justice, Petitioner shall be granted an extension of time to either pay the filing fee or file the missing Certificate of Funds to complete his IFP application. Petitioner shall file the necessary document **no later than twenty-eight (28) days** from the filing date of this order.

**Failure to respond to this order in the time provided will result in the dismissal without prejudice of this action without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: May 15, 2019

BETH LABSON FREEMAN
United States District Judge

Order Granting EOT to file IFP App.
P:\PRO-SE\BLF\HC.19\01992Kabede_eot-ifp.docx

2